STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

     Appellant,

v.

MARCY SCARDINO,

     Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5351

Opinion filed November 6, 2017.

An appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

Rhonda B. Boggess and Gina P. Grimsley of Taylor, Day, Grimm & Boyd, Jacksonville, for Appellant.

Celene H. Humphries and Shea T. Moxon of Brannock & Humphries, Tampa; Eric S. Block and Fraz Ahmed of Law Offices of Eric S. Block, P.A., Jacksonville; Zachary Von Roenn of Law Office of Zachary Von Roenn, Jacksonville, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, BILBREY, and M.K. THOMAS, JJ., CONCUR.